UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CALDERON,<br><br>   Petitioner,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Respondent. | No.  2:23-cv-00956-WBS-CKD<br><br><br><br>ORDER |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On August 16, 2023, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  The findings and recommendations filed August 16, 2023, are adopted in full.

     2.  Petitioner's application for a writ of habeas corpus (ECF No. 1) is summarily

1  dismissed.

2      3. All pending motions are denied as moot.

3      4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

5      5. The Clerk of Court shall close this case.

6  Dated: September 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15  12/cald0956.800.hc.d

2